Michael M. Plotkin – SBN 038170
E-Mail: mplot1@aol.com
Law Offices of Michael M. Plotkin
1801 Avenue of the Stars, Suite 801
Los Angeles, California 90067-5890
Telephone : (310) 551-4900
Facsimile : (310) 551-0707

Charles M. Coate – SBN 140404
E-Mail: ccoate@cacllp.com
Costa Abrams & Coate, LLP
1221 Second Street, Third Floor
Santa Monica, California 90404
Telephone : (310) 576-6161
Facsimile : (310) 576-6160
Attorneys for Defendants 144942 CANADA INC. dba KAYTEL VIDEO DISTRIBUTION; ALAIN ELMALEH and LEISURE TIME VIDEO CANADA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULES JORDAN VIDEO, INC., a a California corporation and ASHLEY GASPER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>144942 CANADA INC., a Canadian corporation dba KAYTEL VIDEO DISTRIBUTION; ALAIN ELMALEH an individual; LEISURE TIME VIDEO CANADA, INC., a Canadian corporation; and DOES 1 through 10 Inclusive,<br><br>Defendants. | Case No. CV-05-6771 SJO (JTLx) Consolidated with: Case No. CV-05-0517 SJO (JTLx) and Case No. CV-05-6769 SJO (JTLx)<br><br>REPRESENTATION STATEMENT PURSUANT TO NINTH CIRCUIT RULE 3-2 |

Pursuant to Ninth Circuit Rule 3-2, Defendants 144942 Canada Inc. dba Kaytel Video Distribution, Alain Elmaleh and Leisure Time Video Canada, Inc. (the "Appellants") hereby submit this Representation Statement identifying all parties to this action, along with the names, addresses and telephone numbers of their respective counsel.

<u>Plaintiffs/Appellees Jules Jordan Video, Inc. and Ashley Gasper</u>

Gary Gorham, Esq.
LEADER GORHAM LLP
1990 S. Bundy Drive, Suite 390
Los Angeles, California 90025
Telephone: (310) 696-3300
Facsimile: (310) 696-3305
E-mail : ggorham@lkglaw.com

<u>Defendants/Appellants 144942 Canada Inc. dba Kaytel Video Distribution, Alain Elmaleh, Leisure Time Video Canada, Inc.</u>

Michael M. Plotkin, Esq.
LAW OFFICES OF MICHAEL M. PLOTKIN
1801 Avenue of the Stars, Suite 801
Los Angeles, California 90067
Telephone: (310) 551-4900
Facsimile : (310) 551-0707
E-mail : mplot1@aol.com

Charles M. Coate, Esq.
COSTA ABRAMS & COATE, LLP
1221 Second Street, 3rd Floor
Santa Monica, California 90404
Telphone: (310) 576-6161
Facsimile: (310) 576-6160
E-mail : ccoate@cacllp.com

Dated: July 25, 2011

LAW OFFICES OF MICHAEL PLOTKIN
COSTA ABRAMS & COATE, LLP

By: /s/ Michael M. Plotkin
Michael M. Plotkin
Attorneys for Defendants 144942 Canada Inc. dba Kaytel Video Distribution, Alain Elmaleh and Leisure Time video Canada, Inc.

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 1221 Santa Monica, Third Floor,l Santa Monica, California 90404.

On July 25, 2011, I served the foregoing document described as: **REPRESENTATION STATEMENT** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

Gary Gorham, Esq.
LEADER GORHAM LLP
1990 S. Bundy Drive, Suite 390
Los Angeles, California 90025

_X_ (BY MAIL) I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our firm's office address in Los Angeles, California. Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

____ (BY FACSIMILE) I transmitted the foregoing document(s) from facsimile machine telephone number (310) 576-6160. The transmission was reported as complete and without error, and a record of the transmission was properly issued by the transmitting facsimile machine.

_X_ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on July 25, 2011, in Los Angeles, California.

CHARLES M. COATE
(Type or Print Name)

/s/ Charles M. Coate
Signature